IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

    Plaintiff,
v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN,
DALE K. HALL, and
CATLIN SPECIALTY INSURANCE COMPANY,

    Defendants.

_____

Amended ORDER DISMISSING DEFENDANT DALE K. HALL
_____

On June 11, 2012, Dale K. Hall filed a motion to dismiss the plaintiff's complaint against him pursuant to Fed.R.Civ.P. 12(b)(6) for the failure to state a claim for negligent misrepresentation. In response, the plaintiff filed an amended complaint setting forth this claim against defendant Dale K. Hall in the fourth claim for relief for negligent misrepresentation. In essence, the original complaint and the amended complaint accuse Dale Hall as a principal of CapWest Securities, Inc., for whom the plaintiff was a registered representative, of repeatedly assuring the plaintiff that the defendant attorneys were representing the plaintiff in FINRA arbitration proceedings and that the matter had been settled. In the amended pleading, the plaintiff alleges that Hall "may have failed to exercise reasonable care and competence in obtaining and/or communicating such information to plaintiff." The plaintiff alleges that he relied on the

assurances given to him by Dale Hall.  The plaintiff in part relies upon the denials contained in the answer from the attorneys.  There is nothing to indicate that Dale Hall did more than repeat assurances given to him by the attorney defendants.  The plaintiff has failed to state sufficient factual allegations to make Dale K. Hall liable for negligent misrepresentation.  Accordingly, it is

ORDERED that the complaint and the fourth claim for relief in the amended complaint are dismissed as to the defendant Dale K. Hall.

DATED: July 5th, 2012

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior Judge