IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

    Plaintiff,
v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN,
DALE K. HALL, and
CATLIN SPECIALTY INSURANCE COMPANY,

    Defendants.

_____

ORDER AWARDING ATTORNEY FEES
_____

On July 19, 2012, Defendant Dale K. Hall filed a Motion for Costs and Attorney Fees for legal services provided to him in obtaining dismissal of this civil action. The plaintiff filed his response on July 26, 2012, combined with a motion for reconsideration of the dismissal. Upon review of the defendant's motion, the fees requested are reasonable and recoverable, to the exclusion of the costs for legal research of $554.00. The plaintiff's request for reconsideration of the order of dismissal is not persuasive. Accordingly, it is

ORDERED that the plaintiff Forest Daryl Templeton shall pay the defendant Dale K. Hall his reasonable costs and attorney's fees in the amount of $3,301.10 and the plaintiff's request for reconsideration is denied.

DATED: August 3rd, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge