IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

      Plaintiff,

v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN,
DALE K. HALL, and
CATLIN SPECIALTY INSURANCE COMPANY,

      Defendants.

---

## ORDER FOR STATUS REPORT

      During the scheduling conference held on September 19, 2012, the Court instructed counsel to report how they intend to proceed with this case. Counsel have not responded and it is now

      ORDERED that on or before February 8, 2013, counsel shall file a status report.

Dated: January 30th, 2013

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
.                                   Richard P. Matsch, Senior District Judge