**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                          May 30, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:        Kathy Terasaki
_____

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,                                    Francis V. Cristiano

      Plaintiff,

v.

H. THOMAS FEHN, individually;                                   No appearance
ORLY DAVIDI, individually;
GREGORY J. SHERWIN, individually;
FIELDS FEHN & SHERWIN, a California General Partnership; and
CATLIN SPECIALTY COMPANY, a Delaware Corporation,          John R. Mann

      Defendants,

And

FINANCIAL INDUSTRY REGULATORY AUTHORITY,          Robert C. Blume
"FINRA",                                                                        Laura Sturges

      Interested Party.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**11:00 a.m.        Court in session.**

Court's preliminary remarks.

Statement by Ms. Sturges.
Ms. Sturges states FINRA's entire case filed has been produced.

Statement by Mr. Cristiano.

Ms. Sturges answers questions asked by the Court regarding documents produced.
Ms. Sturges states FINRA is willing to have a declaration prepared by Ms. Krunic regarding certifying
documents produced.
Counsel agree to confer.

May 30, 2013
12-cv-00859-RPM

Discussion between Court and counsel.

**ORDERED:**     **Non-Party FINRA's Motion to Quash Rule 45 Subpoena Of FINRA Employee Sophia Krunic, [47], is denied for lack of jurisdiction.**

**ORDERED:**     **Plaintiff's Cross Motion for Determination of a Question of Law Re Immunity of FINRA for the Administrative Acts of its Employees [48], was discussed and no advisory ruling issued.**
            **Court suggests arbitral immunity.**

Discussion regarding scheduling.
Mr. Cristiano states he anticipates filing a motion to amend to add claims (exemplary damages and bad faith).

**11:17 a.m.**     **Court in recess.**

Hearing concluded.  Total time: 17  min.