IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

    Plaintiff,

v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN, and
CATLIN SPECIALTY INSURANCE COMPANY,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order on Plaintiff's Fifth and Sixth Claims for Relief entered by Senior District Judge Richard P. Matsch on June 24, 2014, it is

ORDERED AND ADJUDGED that judgment is entered in favor of Catlin Specialty Insurance Company on Forrest Daryl Templeton's Fifth and Sixth Claims for Relief. Catlin Specialty Insurance Company is dismissed from this civil action and is awarded costs upon the filing of a bill of costs within 14 days.

DATED: June 24th, 2014

                FOR THE COURT:

                JEFFREY P. COLWELL, Clerk

                    s/M. V. Wentz
                By_____
                        Deputy