IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                July 15, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 12-cv-00859-RPM

| | |
|---|---|
| FORREST DARYL TEMPLETON, | Francis V. Cristiano |
| Plaintiff, | |
| v. | |
| H. THOMAS FEHN, individually; | Nancy L. Cohen |
| ORLY DAVIDI, individually; | |
| GREGORY J. SHERWIN, individually; and | |
| FIELDS FEHN & SHERWIN, a California General Partnership; | |
| Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Partial Motion for Summary Judgment**

**2:00 p.m.**       Court in session.

Court's preliminary remarks and summary of the issue before it.

Argument by Mr. Cristiano.

Argument by Ms. Cohen.

**ORDERED:   Plaintiff's Motion for Partial Summary Judgment [80], is denied.**

Mr. Cristiano answers questions asked by the Court regarding pending Rule 54 motion.

Discussion regarding scheduling.

**ORDERED:   Defendants' have to August 14, 2014 to file a motion for summary judgment based on the record as it is today.**

**2:52 p.m.**       Court in recess.

Hearing concluded.  Total time: 52 min.