IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FOREST DARYL TEMPLETON,

    Plaintiff,

v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN, and
CATLIN SPECIALTY INSURANCE COMPANY,

    Defendants.

## ORDER GRANTING DEFENDANT CATLIN SPECIALTY INSURANCE COMPANY'S COUNTERCLAIM

Pursuant to the Court's June 24, 2014 Memorandum Opinion and Order on Plaintiff's Fifth and Sixth Claims for Relief [Doc. 108], it is

ORDERED that Defendant Catlin Specialty Insurance Company's counterclaim against Plaintiff Daryl Templeton [Doc. 26 at 8-12] is granted.  Catlin owes no duty under policy No. SMBD-5017-0910 to defend or indemnify Plaintiff against any claim, judgment, or arbitration award arising from his rendering or failure to render services, or from his acts, omissions or other conduct, that occurred prior to his employment with CapWest Securities, Inc., or prior to the Retroactive Date in the policy, or from his rendering or failure to render professional services, or from his acts, omissions or other conduct, that occurred during his employment with United Securities Alliance, Inc. and/or that did not involve securities

approved and authorized by and actually distributed through the Broker/Dealer, as required by the policy's insuring agreements and definition of Professional Services.

Catlin requests "costs and reasonable attorney fees as may be allowed by law." [Id. at 12.] Catlin does not cite any law supporting its request for attorneys' fees. That request is therefore denied.

Dated: August 1, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge