IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

     Plaintiff,

v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN, and
CATLIN SPECIALTY INSURANCE COMPANY,

     Defendants.

_____

## ORDER DENYING MOTION TO REVIEW CLERK'S TAXATION OF COSTS
_____

Upon review of Plaintiff's Fed. R. Civ. P. 54(d)(1) Motion to Review Clerk's

Taxation of Costs in Favor of Catlin [Doc 121] filed July 29, 2014, it is

ORDERED that the motion is denied.

DATED:   August 5th, 2014

                    BY THE COURT:


                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge