IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

    Plaintiff,

v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN,
CATLIN SPECIALTY INSURANCE COMPANY,

    Defendants.

_____

ORDER FOR ENTRY OF FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)
_____

On June 24, 2014, this Court entered Judgment in favor of Catlin Specialty Insurance Company on Forest Daryl Templeton' fifth and sixth claims for relief dismissing those clams from this civil action. On July 10, 2014, the plaintiff moved for entry of final judgment pursuant to Fed.R.Civ.P. 54(b). Defendant Catlin Specialty Insurance Company filed a response on July 31, 2014, opposing that motion, pointing out that this Court did not expressly rule on its counterclaim in the Memorandum, Opinion and Order of June 24, 2014.  That was remedied by this Court's Order entered August 1, 2014 granting that counterclaim.  Because there is now no just reason for delay of the appeal of the dismissal of the plaintiff's claims against Catlin and granting Catlin's counterclaim for declaratory judgment, it is

ORDERED that the Clerk shall enter a final judgment dismissing the plaintiff's claims against Catlin Specialty Insurance Company and granting Catlin's Specialty Insurance Company's counter claim declaring that Catlin Specialty Insurance Company has no duty under its policy to defend or indemnify plaintiff.

DATED: August 11th, 2014

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge