IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

      Plaintiff,

v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN, and
CATLIN SPECIALTY INSURANCE COMPANY,

      Defendants.

_____

## FINAL JUDGMENT
_____

      Pursuant to the Order for Entry of Final Judgment Under Fed.R.Civ.P. 54(b), signed by Judge Richard P. Matsch on August 11th, 2014, it is

      ORDERED that plaintiff Forest Daryl Templeton's claims against defendant Catlin Specialty Insurance Company are dismissed.  It is

      FURTHER ORDERED that Catlin Specialty Insurance Company's counterclaim declaring that it has no duty under its policy to defend or indemnify the plaintiff is granted.

      DATED: August 11th, 2014

                                              FOR THE COURT:
                                              Jeffrey P. Colwell, Clerk

                                                  s/J. Chris Smith
                                    By _____
                                                Deputy Clerk