IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

      Plaintiff,

v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN,
CATLIN SPECIALTY INSURANCE COMPANY,

      Defendants.

_____

## ORDER FOR ENTRY OF FINAL JUDGMENT
_____

      Upon consideration of the Plaintiff's Motion for Entry of Final Judgment Re Dismissal of Dale K. Hall and upon the finding that there is no just reason for delay of the appeal of the dismissal of that defendant, it is pursuant to Fed. R. Civ. P. 54(b)

      ORDERED that final judgment shall enter dismissing the plaintiff's claims against the defendant Dale K. Hall.

      DATED:  September 2nd, 2014

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge