IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

 Plaintiff,

v.

H THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN, a California General Partnership,
DALE K. HALL, and
CATLIN SPECIALTY INSURANCE COMPANY, a Delaware Corporation,

 Defendants.

---

**SUPPLEMENTAL FINDINGS ON ORDER FOR ENTRY OF FINAL JUDGMENT**

---

On September 2, 2014, pursuant to the Court's order, the clerk of court entered final judgment dismissing Plaintiff Daryl Templeton's claim for negligent misrepresentation against Defendant Dale K. Hall. [Docs. 134 & 135.] Templeton has moved the Court to supplement its findings as to why final judgment is warranted on his claim against Hall. [Doc. 144.]

Templeton claims that Hall negligently misrepresented facts concerning the settlement of the underlying arbitration hearing to Templeton, which Templeton relied upon to his detriment. This claim raises legal issues distinct from the issues raised by Templeton's claims against the Attorney Defendants that remain before the court. It is unlikely that allowing Templeton's appeal against Hall to proceed would require the Tenth Circuit Court

of Appeals to duplicate its efforts or squander judicial resources.  Further, Templeton is 76 years old and this case has been pending since April 3, 2012.  After considering judicial administrative interests against Templeton's interest in a prompt appeal, the Court concludes there is no just reason for delaying Templeton's appeal against Hall.

Upon the foregoing, it is

ORDERED that the Court's Order for Entry of Final Judgment [Doc. 134] is supplemented to include the findings stated herein.

Dated:  September 23, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge