IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

    Plaintiff,

v.

H. THOMAS FEHN,
ORLY DAVIDI,
GREGORY J. SHERWIN,
FIELDS, FEHN & SHERWIN, and

    Defendants.

_____

FINAL JUDGMENT
_____

    Pursuant to the Memorandum Opinion and Order for Summary Judgment of Dismissal entered by Judge Richard P. Matsch on October 28, 2014, it is

    ORDERED AND ADJUDGED that this civil action is dismissed. Defendants are awarded costs upon the filing of a bill of costs within 14 days.

    DATED: October 28, 2014

                            FOR THE COURT:

                            JEFFREY P. COLWELL, Clerk

                            s/M. V. Wentz

                            By _____
                                  Deputy Clerk