IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

    Plaintiff,

v.

CATLIN SPECIALTY INSURANCE COMPANY and
DALE K. HALL,

    Defendants.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

    A conference after remand is scheduled for **August 19, 2015, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: July 30, 2015