✎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of **Colorado**

Forrest Daryl Templeton

Plaintiff(s),

V.

Catlin Specialty Insurance Co. & Dale K. Hall

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 12-cv-00859-RPM

Notice is hereby given that, subject to approval by the court, **Dale K. Hall** substitutes
(Party (s) Name)

**Jennifer Lynn Peters, Esq.**, State Bar No. **31699** as counsel of record in
(Name of New Attorney)

place of **Tamara A. Hoffbuhr-Seelman, Esq.**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Otis, Bedingfield & Peters, LLC
Address: 1812 54th Avenue, Greeley, CO 80634
Telephone: (970) 330-6700    Facsimile (970) 330-2969
E-Mail (Optional): jpeters@nocoattorneys.com

I consent to the above substitution.
Date: 8/03/15
(Signature of Party (s))

I consent to being substituted.
Date: 8/3/15
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8-03-15
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 8-14-15
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]