IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00859-RPM

FORREST DARYL TEMPLETON,

      Plaintiff,

v.

CATLIN SPECIALTY INSURANCE COMPANY,

      Defendant.

_____

ORDER OF DISMISSAL
_____

      Pursuant to the Stipulated Motion for Dismissal with Prejudice [Doc. 177], it is

      ORDERED that the Sixth Claim for Relief against Defendant Catlin Specialty Insurance

Company is dismissed with prejudice, each party to bear their own costs and attorney fees.

      DATED:   February 2nd, 2016

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge